IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CIARA ANDERSON, et al., | : |
| | : |
| | : EASTERN DISTRICT COURT OF |
| v. | : PENNSYLVANIA |
| | : |
| BOROUGH OF BRISTOL, et al., | : NO. 2:23-cv-04118 |
| | : |

**PLAINTIFF, N.G.'s MOTION TO SUBSTITUTE**

AND NOW comes Plaintiff, N.G., by and through her Counsel, Benjamin Hoffman, Esq. and avers as follows:

1. Plaintiff commenced the instant action by filing a Complaint on October 5, 2023. See Doc. 1.

2. On the date the instant Complaint was filed, Plaintiff, N.G. resided with her mother, Elizabeth Grotz.

3. Plaintiff has since moved in with her father, John Foster, and continues to reside with him.

4. Plaintiff's father, John Foster, is responsible for Plaintiff's daily care and well-being.

5. Plaintiff no longer has contact with her mother.

WHEREFORE, Plaintiff requests this Honorable Court enter the attached Order.

CLEARFIELD & KOFSKY

BY: /s/
BENJAMIN C. HOFFMAN, ESQUIRE
Attorney for Plaintiff, Aidan Pomper

June 25, 2024