IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CIARA ANDERSON, ELLEN | : | CIVIL ACTION |
| SCANCELLA, M. M., a minor, by and | : | |
| through her P/N/G, Stephanie | : | |
| Scancella, C. A., a minor, by and through | : | |
| her P/N/G, Stephanie Scancella, N. G., | : | |
| a minor, by and through her P/N/G/, | : | |
| Elizabeth Grotz, and R. C., a minor, by | : | |
| And through her P/N/G, Samara Kitchens | : | |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF BRISTOL, BOROUGH OF | : | |
| BRISTOL POLICE DEPARTMENT, | : | |
| POLICE OFFICER DINO LEPORE | : | |
| (Individually and in his official capacity), | : | |
| SERGEANT ALAN HANKINSON | : | |
| (Individually and in his official capacity), | : | |
| SERGEANT PETER FAIGHT (Individually | : | |
| And in his official capacity), | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| PENNSYLVANIA STATE POLICE | : | |
| DEPARTMENT, TROOOPER ANDREW | : | |
| MCWILLIAMS (Individually and in his | : | |
| Official capacity), TROOPER IGOR | : | |
| KARLOV (Individually and in his official | : | |
| Capacity), CORPORAL JOSEPH IRWIN | : | |
| (Individually and in his official capacity), | : | |
| KASIR RUSSEL-CURRY, DONNA | : | |
| CURRY, CARLOS HINOSROZO POZO, | : | |
| TURO, INC., and P/O JOHN DOES I-X | : | |
| (Individually and in his official capacity) | : | NO. 23-4118 |

**ORDER**

**NOW,** this 29th day of July, 2024, upon consideration of the Minor Plaintiff, C.A.'s Petition for Approval of Settlement Agreement (Doc. No. 53) and plaintiff's counsel having erroneously filed an unredacted version of an exhibit that involves a minor, it is **ORDERED**

that Exhibit C to the petition (Doc. No. 53-3) shall be **SEALED**.

_____
TIMOTHY J. SAVAGE, J.